NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RP1 FUEL CELL, LLC, UTS SJ-1, LLC,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2015-5106

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00552-MBH, Judge Marian Blank Horn.

---

**JUDGMENT**

---

TIMOTHY LEE JACOBS, Hunton & Williams LLP, Washington, DC, argued for plaintiffs-appellees. Also represented by HILARY LEFKO, DAVID S. LOWMAN, JR.

ANDREW M. WEINER, Tax Division, United States Department of Justice, Washington, DC, argued for defendant-appellant. Also represented by JONATHAN S. COHEN, GILBERT STEVEN ROTHENBERG, DIANA L. ERBSEN, CAROLINE D. CIRAOLO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 8, 2016 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |